GARY M. RESTAINO
United States Attorney
District of Arizona
BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 10 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY__________ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Sidney Allen Gottschalk,<br>Defendant. | No. CR-22-00458-PHX-DJH (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Making Material False Statement During a Firearm Purchase)<br>Counts 2-12<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between October 6, 2021, and February 18, 2022, in the District of Arizona, Defendant SIDNEY ALLEN GOTTSCHALK, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNTS 2- 12**

On or about the dates listed below, in the District of Arizona, Defendant SIDNEY ALLEN GOTTSCHALK knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant SIDNEY ALLEN GOTTSCHALK did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant SIDNEY ALLEN GOTTSCHALK knew that he was buying the firearm on behalf of another person:

| Count | Date | Business |
|---|---|---|
| 2 | 10/6/2021 | AZ Guns, Chandler, Arizona |
| 3 | 10/28/2021 | AZ Guns, Chandler, Arizona |
| 4 | 11/10/2021 | AZ Guns, Chandler, Arizona |
| 5 | 11/23/2021 | AZ Guns, Chandler, Arizona |
| 6 | 12/16/2021 | J&P Fabrication Store Two, Mesa, Arizona |
| 7 | 12/27/2021 | J&P Fabrication Store Two, Mesa, Arizona |
| 8 | 1/3/2022 | J&P Fabrication Store Two, Mesa, Arizona |
| 9 | 1/11/2022 | J&P Fabrication Store Two, Mesa, Arizona |
| 10 | 1/18/2022 | J&P Fabrication Store Two, Mesa, Arizona |
| 11 | 1/28/2022 | J&P Fabrication Store Two, Mesa, Arizona |
| 12 | 2/18/2022 | J&P Fabrication Store Two, Mesa, Arizona |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 12 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

(1) Glock 21, .45 caliber pistol, Serial Number: BWEE721;

(2) Palmettto State Armory, multiple caliber pistol, Serial Number: NSOS009341; and

(3) Zastava-Kragujevac 7.62 x .39 caliber rifle, Serial Number: 722616.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: May 10, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

S/
BRETT A. DAY
Assistant U.S. Attorney