☒ FILED ☐ LODGED
Apr 02 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# EXHIBIT LIST --- CRIMINAL

☒ Revocation Hearing ☐ Non-Jury Trial ☐ Jury Trial

USA vs. Gottschalk, Sidney A.
Last, First, Middle Initial

CR-22-00458-PHX-DJH
Year-Case No-Deft No-Judge

☒ GOVERNMENT ☐ DEFENDANT

| Exhibit No. | Date | | Description |
|---|---|---|---|
| | Marked For Evidence | Admitted In Evidence | |
| 1. | 4/2/24 | 4/2/24 | Probation Office Memorandum |
| 2. | 4/2/24 | 4/2/24 | Signed Conditions 12/27/2023 |
| 3. | 4/2/24 | 4/2/24 | Order of Protection Service |
| 4. | 4/2/24 | 4/2/24 | Acknowledgment of Violation 1/12/24 |
| 5. | 4/2/24 | | Mesa Police Report |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |